

## U.S. Department of State

# THE U.S. FOREIGN SERVICE EMPLOYEE EVALUATION REPORT INSTRUCTIONS FOR PREPARATION

*For Employees at Class FS-03 and below and all Career Candidates regardless of grade*

NOTE:   All users of Form DS-1829 should carefully read and follow these instructions and those on the form itself.

CONTENTS

| | Page |
|---|---|
| Performance Evaluation Requirements - Summary | 1 |
| Preparation Instructions - Section by Section | 5 |
| A Model Chronology for the Rating Cycle | 15 |
| Performance Evaluation References | 17 |
| Checklist for Effective Evaluation Reports | 18 |
| Inadmissible Comments | 19 |
| Career Candidate Program - Statement of Purpose | 21 |
| Privacy Act Statement | 22 |

## PERFORMANCE EVALUATION REQUIREMENTS

### SUMMARY

(For details see 3 FAM 2810 and 3 FAH-1 H-2810.)

## INTRODUCTION

The Employee Evaluation Report (EER) is one of the Department's most important management tools.  The EER includes a description of the rated employee's position and work requirements. It provides a means for feedback to the employee and outlines the criteria by which the employee will be appraised.

032 - 06-29-2017          G - Motion for Reconsideration of IR Order          2015-035 Beberman Page 1551

In addition, the EER is used by the Foreign Service Selection Boards in making decisions on low ranking Foreign Service personnel, and recommendations for tenure, promotion, consideration for selection-out for substandard performance and meritorious service increases. It also assists the Department in the career development and training of Foreign Service personnel.

## PERSONNEL COVERED

*All Foreign Service (FS) employees at Class FS-03 and below and all Career Candidates regardless of grade* must be evaluated annually, or more frequently, if circumstances change in the interim. Form DS-1829 is to be used to evaluate all periods of performance.

## REPORT FORM

Form DS-1829 is prescribed for all required evaluations of U.S. Foreign Service employees identified above, except those assigned to training (use DS-1106 or DS-651, as appropriate). The DS-1829 form is pre-set to Times New Roman 12 point font.

 Employees are encouraged to use DIR's website (http://arpsdir.a.state.gov). To make the EER as easy to read as possible, it is recommended that all parties leave white space in the narratives, i.e., stay within the boundaries provided, have normal spacing between lines in the text and indent paragraphs. No narrative may exceed the space provided for it under each heading or section, except continuation sheets may be used by the employee for Section VII and the review panel for Section II. Chiefs of mission or assistant secretaries not directly involved in the rating process as rating officers or reviewing officers may use continuation sheets for supplemental comments.

Memoranda reports may be used for voluntary ratings and supplementary chargé reports. Memoranda may be submitted by officials at the chief of mission or assistant secretary level or higher as a supplement to the DS-1829. Neither reports nor memoranda to be included in the Official Performance Folder (OPF) may be classified.

## PREPARING EER FORM USING INTRANET

EERs prepared using the Intranet eForms version of Form DS-1829 have a pre-set Times New Roman 12 point font and set spacing

between lines and letters that cannot be altered.

## REPORT SUBMISSION

The post or bureau human resources office should send the original and one copy of the DS-1829 or the memorandum report, completed and signed, to HR/PE. The bureau/post human resources office will also keep a copy of the EER on file and will provide a copy to the rated employee.  Regular reports on the annual cycle are due in HR/PE by May 15.  Regular reports on Foreign Service Officer (FSO) Entry-Level Generalist Career Candidates as well as interim and voluntary reports must be submitted to HR/PE within 30 days of the end of the rating period.

## RATING PERIOD AND REPORT TYPES

Regular: The annual rating cycle is from April 16 of one year to April 15 of the next for all U.S. Foreign Service employees.  An exception is made for Entry-Level Generalist Career Candidates, who are evaluated on the anniversary of the date of their assignment to post/bureau, unless a change has occurred in the interim.

Interim: If a change of rating officer, assignment, or major duties occurs during the regular rating period, an interim report must be prepared for periods of 120 days or more for all employees at class FS-03 and below and all career candidates regardless of grade.

Voluntary: Rating officers are encouraged to prepare reports on employees for periods of less than 120 days, whenever significant developments pertaining to the rated employee's performance have occurred or the rating officer might experience gaps in covering a rated employee's performance.  The DS-1829 should be used whenever possible, but a memorandum appraisal is permissible. If a memorandum is used, it should provide sections for the rating and reviewing officers as well as the rated employee.  Since the memorandum form is an abbreviated evaluation, its use is best limited to relatively short periods for which the rating officer wishes to highlight a few specific examples of performance.  Memoranda are not to be used to document performance of employees on detail or TDY assignment of relatively short duration, who will return to their regular positions, and will be evaluated for the full period by an identified

rating officer.

## DEFINITION OF RATING AND REVIEWING OFFICER

The rating officer is usually the rated employee's immediate supervisor; if not, the employee must be advised at the beginning of the rating period as to who will be the rating officer.  (See 3 FAH-1 2813.1 regarding regional personnel.)

The reviewing officer is usually the rating officer's supervisor, except that Entry-Level Career Candidates will receive a review statement prepared by the DCM or principal officer.

Where the person who would be designated as the reviewing officer, in accordance with the above, is the rating officer, the reviewing officer shall be the next highest-ranking officer.  Every effort should be made to ensure second-level review; if this is not possible, the absence of a reviewing officer must be made known at the beginning of the rating period.

## ENSURING FAIRNESS

Rated employees must be given the opportunity to perform their assigned duties and must be evaluated on their performance of established work requirements.  A rating officer must discuss the work requirements and parameters of acceptable performance with the rated employee at the beginning of the rating period and provide feedback on the employee's performance during this period. In situations where employees are not performing at an acceptable level, they must be counseled and afforded an acceptable period of time to improve.

Rating and reviewing officers as well as review panels should make a special effort to ensure that employees are not disadvantaged, directly or indirectly, for reasons of race, color, religion, sex, marital status, national origin, age, disability, reasonable accommodation for disability, sexual orientation, or means of entry into the U. S. Foreign Service.  Stereotypes, group assumptions, and sexist or ethnic comments are inadmissible.

032 - 06-29-2017          G - Motion for Reconsideration of IR Order          2015-035 Beberman Page 1554

# PREPARATION INSTRUCTIONS
# SECTION BY SECTION

## PAGE 1 OF EER FORM DS-1829

## SUBMISSION CONTROL

(HUMAN RESOURCES OFFICE, RATING OFFICER, AND/OR REVIEWING OFFICER COMPLETE)

The heading of the EER Form is to be completed by the human resources office, rating officer and/or review panel.

Type of Report - indicate if report is regular, interim, or voluntary, or for a Career Candidate.

Grade - should be indicated as FS (not FO or FP); and for seniors as FE (e.g., FE-MC).

Position Title - should be descriptive of the job performed by the rated employee, regardless of the employee's specialization or conal affiliation, e.g., the Position Title of an information management specialist assigned to a general services position would be General Services Officer.

The rating officer should sign and date the form after completing Sections I, III, IV, and V and forward it to the reviewing officer. The reviewing officer should sign and date the form after completing Section VI and forward it to the bureau/post human resources office to make a control copy before the evaluation is given to the rated employee for completion of Section VII.

## SECTION I.  CERTIFICATION - WORK REQUIREMENTS AND COUNSELING

(RATING OFFICER AND RATED EMPLOYEE COMPLETE)

Completion of this section certifies that work requirements were prepared by the rating officer, reviewing officer, and rated employee

032 - 06-29-2017          G - Motion for Reconsideration of IR Order          2015-035 Beberman Page 1555

within 45 days of the beginning of the rating period or within 45 days of the arrival on duty of the rated employee or rating officer. The statement may be revised at any time during the rating period to reflect a major change in the employee's responsibilities. The statement or summary thereof, is to be inserted in Section III B of the DS-1829 when prepared.

This section also certifies that the rating officer reviewed the performance with the rated employee, or counseled the Career Candidates at least twice, at 4-month intervals, during a regular rating period. For shorter assignments, performance will be reviewed at least once (preferably at midpoint) during the period of assignment and at intervals no longer than 4 months. The primary intent of these counseling sessions is to assure, to the extent possible, that the employee is apprised of how well the agreed upon work requirements are being met. Discussions between the rating officer and the rated employee should address specific areas of accomplishment and those areas in which the rated employee should improve. Any critical judgments, which are made in the final EER, should not come as a surprise to the rated employee.

The rating officer and rated employee must complete, date, and sign this section certifying that counseling sessions took place during the rating period and that at least one of them was documented on the Counseling Certification Form (DS-1974). A copy must be provided to the rated employee. The rating officer should keep the original for his or her own records. Use a separate copy of the form to document each discussion.

## SECTION II.  REVIEW PANEL STATEMENT

(REVIEW PANEL COMPLETES)

Review panels, which should be composed of experienced post or bureau employees, should review the evaluation reports (including memorandum reports) of all FS employees before submission to the U.S. Department of State, Office of Performance Evaluation (HR/PE), Room H-720, 2401 E Street, NW, Washington, DC 20522-0108.

The review panel has an important role in assuring that evaluation reports are done well. Its functions are:

Technical - reviewing EERs for inadmissible comments and changing or deleting inadmissible material; confirming that regulations and instructions in 3 FAM 2810 and 3 FAH-1 H-2810 are correctly applied and, if not, returning them for correction; and

Advisory - returning reports that lack illustrative examples of performance to substantiate comments or which appear inconsistent from one part to the next.  Unsubstantiated comments do not meet requirements and should be rejected by the review panel.

The review panel must try to have any deficiencies corrected.  If the effort is unsuccessful, the panel should note the suggested revisions in Section II of the EER and any reasons for their rejection. A continuation sheet may be used.

Any revision by the rating officer should be shown if possible to the reviewing officer and must be shown to the rated employee. A revision in the reviewing officer's statement must be shown to the rated employee. The employee may then revise or supplement Section VII.

If an employee's statement contains negative or pejorative comments concerning the rating or reviewing officer, or raises significant questions of fact central to the evaluation, the review panel must first provide the rated employee the opportunity to review and revise these comments.  If the rated employee refuses, then the review panel may invite the rating and/or reviewing officer as appropriate to comment on the negative or pejorative aspects of the statement.  Any such comments will be shown to the employee, who will be given the opportunity to make a final statement. These supplemental statements will be attached to the evaluation report (3 FAH-1 H-2817).  Although the review panel has the primary responsibility to check for negative or pejorative comments, if HR/PE identifies such comments it will follow the same procedure outlined above.

The Foreign Service Selection Boards are instructed to identify panels that warrant criticism for failure to seek correction of EERs that do not comply with the regulations and instructions.  Where a panel is criticized, the Official Performance Folder (OPF) of the review panel chairperson will be so documented.  The review panel chairperson has the right of appeal to the Director of HR/PE.

If an evaluation is submitted after the due date to HR/PE, the panel should indicate in Section II C who was responsible for the delay. Finally, the chairperson of the panel should sign Section II B and indicate the date the evaluation is returned to the post or bureau human resources office for forwarding to HR/PE.

Assistant secretaries, chiefs of mission, and their equivalents may opt not to submit to review panel's evaluations they prepare on their deputies.

## PAGE 2 OF EER FORM DS-1829

## SECTION III.  EMPLOYEE'S JOB AND WORK REQUIREMENTS

(RATING OFFICER COMPLETES)

The rating officer should complete both the Section III A. Job Description and III B. Work Requirements in collaboration with the rated employee, and the concurrence of the reviewing officer within 45 days of the beginning of the rating period or within 45 days of the arrival on duty of either a new rated employee or rating officer.  The views of the rating officer, as supervisor, prevail in the event of any disagreements.  A copy of this statement should be signed and dated by the rated employee, the rating officer, and the reviewing officer. The rating officer should submit a copy of this statement to the human resources office.  These two sections should contain the following points:

Section III A.   Job Description:  Briefly explain the rated employee's position in the organizational structure and describe the broad scope of responsibilities as well as the supervisory requirements, whether formal or informal, incumbent in the job.

Section III B.   Work Requirements:  This section should indicate clearly in descending priority and divided into two categories: (1) continuing responsibilities, which are duties that must be carried out on a continuing basis, or as required by circumstances, for a time extending beyond the rating period, and (2) specific objectives, which can be achieved completely during the rating period.  Employees who

Page 8 of 22

are supervisors should have as a continuing responsibility the supervision and development, and evaluation of their subordinates. Names of organizations or other entities should be spelled out.

Work requirements should include under specific objectives, to the extent feasible, agreement on professional development activities to enhance the career potential of the employee. These activities may comprise formal training, on-the-job training, or specific responsibilities that are job related or out of function. Only those activities which both the rating officer and rated employee agree can be reasonably carried out should be included. The rating officer's comments on performance and/or potential should include, as appropriate, efforts and accomplishments in professional development activities.

Work requirements may incorporate objectives identified in Mission or Bureau Performance Plans.

Work requirements must include proper management of classified material and information as a key element for all personnel.

The work requirements statement should be modified during the rating period to reflect any changes in the work requirements.

Section III C.  Special Circumstances:  This section should be used to describe any relevant conditions in the work environment that affected accomplishment of the work requirements during the rating period. These might include special circumstances ranging from elements of the political situation in the host country to problems of staffing at the mission/office.  Completion of this section, while optional, can provide the reader useful insights in understanding the evaluation.

032 - 06-29-2017          G - Motion for Reconsideration of IR Order          2015-035 Beberman Page 1559

# PAGE 3 OF EER FORM DS-1829

# SECTION IV.  EVALUATION OF PERFORMANCE AND ACCOMPLISHMENTS

(RATING OFFICER COMPLETES)

## Section A. General Appraisal

This section applies to all Foreign Service (FS) employees at Class FS-03 and below and all Career Candidates regardless of grade.  The rating officer should indicate whether performance was satisfactory or better.  To assess performance at less than satisfactory, the rating officer must comply with 3 FAH-1 H-2814.3 or the other sections to which it refers.

A rating officer may not assign an overall rating of unsatisfactory in an interim or regular report unless the rated employee has previously been advised of the areas of performance which are inadequate and has been given a reasonable opportunity (ordinarily 30 to 60 days) and adequate guidance to remedy these deficiencies.  If a reasonable opportunity has not been provided as of the end of the regular rating period, the scheduled rating may be delayed for up to 60 days to provide opportunity for improvement.

For procedures which apply for unsatisfactory ratings of Career Candidates and employees subject to administrative promotions, see 3 FAM 2329.3 (employees subject to administrative promotion), 3 FAM 2240 (FSO Career Candidates), and 3 FAM 2250 (Specialist Career Candidates).

## Section B.   Discussion

This section applies to all employees and should provide a narrative evaluation of the rated employee's job performance based on at least three of the work requirements, including continuing responsibilities and/or specific objectives, discussed in Section III A and B. Specific examples of accomplishments or problems should be cited to illustrate comments.

If the rated employee is a supervisor, the rating officer's comments should cover:   (a) effectiveness in developing subordinates and in planning, supporting, and monitoring their work, and the concern shown for success and morale; (b) compliance with performance appraisal requirements (i.e., preparation of work requirements statements and periodic discussions with employees) and timeliness of reports; (c) the extent to which equal employment opportunity considerations are effectively taken into account in the delegation of assignments, counseling, recommendations for training and placement and recognition of achievements of subordinates; and (d) effectiveness in establishing and maintaining appropriate management/internal control systems.

In discussing performance, work done for other agencies or outside the rating officer's personal supervision may be cited, drawing as appropriate on any evaluations submitted by the beneficiaries of the rated employee's work.

For the evaluation of EEO counselors and liaison employees only: rating officers should list these activities in Section III.  After consultation with the rated employee, rating officers should comment on efforts such as leadership of EEO discussions and advice given to management officials.

## SECTION V.  EVALUATION OF POTENTIAL

(RATING OFFICER COMPLETES)

## Section A.   For Career Candidates Only

This section is for assessment of the career potential of a Career Candidate to serve successfully across a normal career span, i.e., (for Entry-Level Generalists) extending to and including class FS-01; (for Specialists) at higher levels with increased responsibilities in their occupational category.

## Section B.  For all Foreign Service (FS) employees at Class FS-03 and below and all Career Candidates regardless of grade.

This section must draw on specific examples of the rated employee's performance in each of the six core competency groups listed in Section V B to illustrate and assess the employee's career potential.

The competencies are developmentally defined at the Entry-Level, Mid-Level and Senior Foreign Service ranks and are applicable to all employees - Specialists and Generalists. The skills required at each level are cumulative; therefore the descriptions are based on the assumption that the employee has mastered the skills at the lower level(s). The rating officer should review descriptions at any lower levels before making an evaluation.

For example, rated employees who are not supervisors will nevertheless be in positions that require innovation, problem solving and decision making and therefore, can be appropriately evaluated in the area of leadership.  All employees can be rated on their intellectual skills; for example, all have the opportunity to demonstrate active learning and critical thinking.  Every employee is called on to communicate orally and in writing which form the core of the communication skills area.  All jobs, at all levels, require EEO sensitivity. Any indication of less than full support for equal employment opportunity objectives must be discussed.

All jobs include responsibility for safeguarding classified material and information. Rating officers must comment on any pattern of failing to ensure that classified material and information is properly safeguarded.

Foreign Language Skill (under Communication Skills competency) should be addressed for all employees if possible, but is mandatory if the following three conditions are met:   (a) the employee has been tested at the S-3/R-3 level or above, (b) the employee is serving in a position where s/he can make use of such language proficiency and, (c) the rating officer is capable of making an assessment.

# PAGE 5 OF EER FORM DS-1829

# SECTION C. AREAS FOR IMPROVEMENT

This section must be completed for all rated employees. No employee is perfect. Area(s) cited must be explicitly linked to one or more of the six competency groups listed in Section V B of the EER. Review panels should return to the rating officer reports that are deficient in this respect. Selection boards will be advised to issue formal statements of criticism to rating officers in cases of EERs submitted to the Department that do not meet this requirement.

In assessing relative weakness, rating officers should emphasize areas where improvement would most enhance overall effectiveness in the present job or better prepare the employee for advancement to greater responsibilities. At least one area for improvement must be cited for each employee. Explain what the employee realistically would be expected to do to improve. Honest completion of this section provides an indication of the overall credibility of the EER.

# SECTION VI. REVIEW STATEMENT

(REVIEWING OFFICER COMPLETES)

The reviewing officer's assessment of performance and potential can provide an important second dimension to the evaluation. It is particularly important in cases where relations between the rated employee and rating officer are strained. Therefore, reviewing officers must be prepared from the beginning of the rating period to be familiar with the employee's performance. While the reviewing officer may hold general discussions with the rating officer on the rated employee's overall performance, the reviewing officer's statement must not be prepared in collaboration with the rating officer, or vice versa. Independent observations of the employee's performance and potential must be supported by providing additional examples of performance observed during the rating period.

The reviewing officer also shares responsibility for assuring that the employee is adequately and fairly rated and should discuss with the rating officer, for possible revision, instances where a report is inadequately prepared or is not fair.  As appropriate, the reviewing officer may comment on the adequacy of preparation of the report and on the candor shown by the rating officer.

If there is no reviewing officer statement, the reasons must be indicated on the EER under this section.

## PAGE 6 OF EER FORM DS-1829

## SECTION VII.   STATEMENT BY RATED EMPLOYEE

(RATED EMPLOYEE COMPLETES)

In this section, all rated employees must provide their views on the period of the performance appraisal.  This must include comments on the most significant achievements during the rating period. The rated employee may also provide additional background and/or examples or highlight other accomplishments not mentioned in the performance appraisal. The degree of specificity is left to the employee's discretion. In addition, the rated employee may describe any special problems or circumstances encountered in meeting the work requirements, and indicate progress toward improving areas discussed during the counseling sessions.  The rated employee may also address dimensions of the performance or any special problems that the employee feels have not been adequately covered by the rating officer or reviewing officer.

The employee may also comment on the frequency, content and usefulness of counseling from the rating officer.  This section also provides the opportunity for the employee to clarify or comment on any elements of the evaluation that the rated employee believes are incorrect, unduly critical, inconsistent, or unclear.  However, the rating officer should have discussed the formal evaluation with the rated employee using a draft of Sections I, III, IV, and V as a basis for this discussion, and these issues should first be addressed at that time.

This section is intended to provide for selection boards, Bureau of Human Resources officials, and other EER end-users the comments of the employee on the period of work experience evaluated and, if the rated employee wishes, on career aspirations, training and assignments desired over the next 5 years. Statements of assignment and training preferences ordinarily are not of importance in reaching assignment decisions but do provide end-users of EERs a helpful picture of the career interests and goals of the rated employee. If additional space is required, continuation sheets may be attached to complete this statement.

The rated employee must be provided 10 calendar days from the date of receipt of the final EER to review the evaluation and prepare a statement. The rated employee does not have the right to amend this statement at a later date except in response to changes made at a later date in the rating or reviewing officer's statements in the EER.

The rated employee must sign and date in Section VII B to acknowledge receipt of a copy of the EER and return the original signed EER to the human resources office. The employee's signature does not indicate agreement with the contents of the EER nor does it limit in any way the right of a rated employee to object to a report through grievance or otherwise. Neither the rating nor the reviewing officer has the right to see the rated employee's statement.

If the EER is not completed and returned after 10 days by the rated employee, a copy of the unsigned rating is to be submitted by post/bureau to HR/PE for inclusion in the employee's OPF with a covering memorandum to explain the absence of signature.

## A MODEL CHRONOLOGY FOR THE RATING CYCLE

By June 1, the rating officer has established work requirements in collaboration with the rated employee and with the concurrence of the reviewing officer.

By August 15, the rating officer should have reviewed performance with the employee, and counseled how to overcome any weaknesses and capitalize on strengths. Work requirements can be reviewed and

Page 15 of 22

modified, if appropriate, at this time.

By December 15, the rating officer should have conducted a second review of performance with the employee.

By April 1, the post/bureau human resources office should have distributed copies of Form DS-1829 to rating officers. A copy of these EER instructions should be given to each supervisor, with a due date for the completed reports to be returned to the human resources office by the rated employee.

By April 10, the rating officer should have discussed the formal evaluation with the rated employee based on a draft of Sections I, III, IV, and V.

By April 15, the rating officer should have completed Sections I, III, IV, and V of the EER and given it to the reviewing officer.

By April 20, the reviewing officer should have completed Section VI of the EER and passed it to the rated employee.

By May 1, the rated employee should have completed Section VII and returned the EER to the post or bureau human resources office. If the EER is not signed by the rated employee, the human resources office will review and submit an unsigned copy with explanation to the review panel.

By May 5, the review panel, after receiving the report from the human resources office, should have completed its review and returned the report to the post or bureau human resources office.

By May 10, the post/bureau human resources office should have transmitted the original report to HR/PE.

032 - 06-29-2017        G - Motion for Reconsideration of IR Order        2015-035 Beberman Page 1566

# PERFORMANCE EVALUATION REFERENCES

## REGULATIONS

3 FAM 2810 and 3 FAH-1 H-2810 – See page 19 of these instructions for Inadmissible Comments.

## DECISION CRITERIA FOR PROMOTION

See Core Precepts (See 3 FAH-1 H-2321 EXHIBIT H-2321 B and Form DS-1829cp).

## EEO

It is the policy of the Department of State to provide equal opportunity and fair and equitable treatment in employment to all persons without regard to race, color, religion, sex, national origin, age, disability, reasonable accommodation for disability, political affiliation, marital status, sexual orientation, or means of entry into the Foreign Service, and to achieve equal employment opportunity in all human resources operations through continuing an affirmative action program. Additional information can be obtained from 3 FAM 1500 or by contacting S/OCR.

Employees, such as DCMs, principal officers, office directors, deputy office directors, and human resources officers are responsible for EEO program leadership and administration. The manner in which they meet these responsibilities must be reflected in the EER. Specific areas on which rating and reviewing officers should comment are demonstrated commitment to fair treatment and equality of opportunity; the application of equal employment opportunity and fair employment practices in the recruitment, assignment, development, advancement, recognition, and treatment of employees; and adherence to requirements for reasonable accommodation to needs of disabled employees. Specific examples are required.

## CAREER CANDIDATES

See 3 FAM 2240 (Foreign Service Officer Candidates) and 3 FAM 2250 (Specialist Candidates).

## UNUSUAL SITUATIONS - Consult HR/PE.

032 - 06-29-2017          G - Motion for Reconsideration of IR Order          2015-035 Beberman Page 1567

# CHECKLIST FOR EFFECTIVE EVALUATION REPORTS

Examples: Incidents exemplifying performance and potential substantiate laudatory or critical comments and support the overall ratings.

Consistency: Narrative is related to the work requirements with internal consistency in the sections completed by the rating and reviewing officials.

Clarity: Narrative contains no innuendoes or double meanings.

Completeness: Report stands on its own without referring readers to previous reports.

Evaluation of Performance: Narrative must link performance to at least three of the work requirements.

Potential: The decision criteria for promotion, which consist of the six competency groups, must be discussed in the evaluation of potential.

EEO/Affirmative Action: Examples of achievements in furthering equal opportunity and affirmative action objectives.

Section V C: The rating officer has made a credible explanation of the choice of the areas of competency in which improvement is needed and has indicated how performance can be improved.

Employee Statements: Comment can lend new dimension to the report.

Inadmissible Comments: Report contains no comments prohibited by 3 FAM 2815 (see below).

Timeliness: All contributors do their part within the deadlines set by the

post or bureau human resources office.

# INADMISSIBLE COMMENTS

Inadmissible comments may not be included in any section of the evaluation report (including the rated employee's comments), or in other forms of evaluative material (such as inspectors' reports, training reports, letters of commendation, etc.).  Rating and reviewing officers and review panels should exercise care to avoid the submission of reports containing inadmissible comments.

The following subjects are inadmissible in any part:

(1)    Reference to race, color, religion, sex (does not extend to the use of Mr., Mrs., Ms., or first names or personal pronouns), national origin, age (including references to "young," "old timer," and "many years of service"), disability, reasonable accommodation for disability, and sexual orientation;

(2)    Ranking by former Selection Boards or impending selection out;

(3)    Physical characteristics and personal qualities that do not affect performance or potential;

(4)    Marital status or plans; references to spouse or family, including those relating to social activities or the ability of a member of the family to represent the United States;

(5)    Retirement, resignation, or other separation plans;

(6)    Reference to job sharing and telecommuting;

(7)    Grievance, equal employment opportunity, or Merit Systems Protection Board proceedings;

(8)    Method of entry into the Service;

(9)    Reference to private U.S. citizens by name;

**Page 19 of 22**

(10)    Participation or nonparticipation of Foreign Service personnel in any organization which exists for the purpose, in whole or in part, of dealing with foreign affairs agencies concerning grievances, human resources policies, and practices;

(11)    Ratings for earlier periods prepared by other supervisors;

(12)    Reluctance to work voluntary overtime;

(13)    Leave record, except in the case of unauthorized absences;

(14)    Letters of reprimand;

(15)    Negative reference to use of the dissent channel or direct or indirect reference to, or consideration of, judgments in dissent channel messages as a basis for an adverse evaluation of performance or potential;

When the rated employee's expression of dissenting views on policy, outside of the dissent channel, raises substantial questions of judgment or obstructionism relevant to the employee's performance, it may be the subject of comment.  However, general comment may not be used to get around the proscription of this section. Specific instances must be cited;

(16)    Negative or pejorative discussion of the performance of another identifiable employee.  (Rating officers cannot state "the employee quickly brought order out of the chaos left by the predecessor. " On the other hand, the description, "The employee is the best management officer I have supervised in the past 10 years," is acceptable.);

(17)    Specific identification by rating or reviewing officers of physical handicap or medical problem (including alcoholism, drug abuse, or rehabilitation efforts);

(a)    Although the details or specific identification of a medical problem are inadmissible in the evaluation report, general reference may be made to confirmed knowledge of a medical problem to the extent it affects job performance.

    (b)    Rated employees may discuss their own health problems in specific terms if rating or reviewing officers have made references to such problems, or to explain or clarify adverse comments in a report.

(18)    Reference to academic degrees, titles, or specific institutions of higher learning (except that medical physicians may be referred to as "Dr."). General comments regarding job-related training and/or education are acceptable; or

(19)    Outside activities that are not relevant to performance or post effectiveness.

c.    Significant instances of superior or exceptional performance in difficult circumstances or of undependability, inefficiency, or discredit brought on the Foreign Service, and general poor performance should be documented in the evaluation report even if reference to the cause itself is inadmissible.

d.    If HR/PE discovers inadmissible comments in evaluation reports, it will make deletions or substitutions and inform the parties concerned. Concurrence of the rating and/or reviewing officer and the rated employee will be sought when any substantial changes must be made.

# CAREER CANDIDATE PROGRAM
# STATEMENT OF PURPOSE

The Career Candidate Program evaluates employees under actual job conditions to demonstrate as early as is practical whether or not they are suited for Foreign Service work. Performance evaluation is an essential part of this testing process and, although similar in many ways to the performance evaluation of other Foreign Service employees, has special aspects.

First, and most important, the purpose of periodic EERs for Career Candidates is to provide adequate information on their performance and potential for the members of the tenure boards to decide whether a candidate should receive tenure and become an employee of the Foreign Service. Therefore, the EER should give special emphasis to identifying and assessing the skills and knowledge required by career employees and should focus particularly on the rating and reviewing officers' judgments of the candidate's potential for successful service.

Foreign Service Officer Career Candidates are judged broadly on their

demonstrated potential to serve effectively as Foreign Service officers; Specialist *Career* Candidates are judged solely on their potential within their occupational category. It is essential that this judgment be made as carefully and honestly as possible; it does no service to either the Department or the candidate to equivocate in the evaluation process.

The role of the rating officer as job counselor and the responsibility of the reviewing officer are stressed in the Career Candidate Program regulations.  These officers are the Foreign Service's stewards for the successful implementation of this Program.  More information about the Career Candidate Program is available in 3 FAM 2240 (Foreign Service Officer Career Candidates) and 3 FAM 2250 (Specialist Career Candidates).

Additional questions should be directed to the Office of Performance Evaluation (HR/PE).

## PRIVACY ACT STATEMENT

Employee Evaluation Reports are used in taking personnel actions including tenure, promotion, performance awards, and separation; and, to a lesser extent, placement, training, and reassignment. Disclosures of the Employee Evaluation Reports are subject to strict confidentiality and will be made only to authorized officials performing the human resources functions for which the information was solicited.

The Foreign Service Act of 1980 (22 U.S.C. 3921 and 4003) authorizes the collection of the information called for in this form, including the employee's own statement in Section VII.  The employee's social security number is solicited to enable proper entry of this report into the Department's system of records.  Collection of the social security number is authorized by Executive Order 9397.  Furnishing one's social security number is voluntary, but failure to do so could lead to mistaken identity entailing potential adverse consequence to the rated employee and other employees.