# 9 FAM APPENDIX L, 216  (U) WHAT IS THE VISA LOOKOUT ACCOUNTABILITY (VLA) POLICY FOR AUTOMATED BIOMETRIC IDENTIFICATION (IDENT)?

*(CT:VISA-1797;   01-24-2012)*

**(SBU)** Similar to the CLASS system, the Visa Lookout Accountability (VLA) procedures for IDENT require you to check the Watchlist and Recidivist hits for each applicant and ensure that they contain no basis for a finding of visa ineligibility.  The NIV and IVO systems have been programmed so that no visa can be printed until an officer has adjudicated all Watchlist and Recidivist hits and documented a reason a visa was issued despite a Watchlist or Recidivist hit (waiver, SAO response, not the same person, etc.).  If you fail to follow the procedures in processing an application for which the system contains adverse information, a VLA violation will occur.  In this regard, comments entered in an IDENT record by a CBP officer are not binding on a consular officer as a finding of inadmissibility/ineligibility unless there is a corresponding entry in TECS/CLASS with the refusal code.  The lack of a TECS/CLASS entry does not, however, excuse the officer from considering the information in the notes and resolving a possible ineligibility appropriately in accordance with FAM guidance.   For IDENT cases, selection of Adverse, Not Adverse, or Waived when adjudicating a Watchlist or Recidivist hit constitutes certification for VLA purposes.