**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# 9 FAM APPENDIX G, 500 WASHINGTON SPECIAL CLEARANCES SECURITY ADVISORY OPINIONS (SAO) (SBU)

*(CT:VISA-1643;   05-02-2011)*
*(Office of Origin:   CA/VO/L/R)*

# 9 FAM APPENDIX G, 501  GENERAL GUIDANCE (SBU)

## 9 FAM Appendix G, 501.1  When Are Special Clearances Required? (SBU)

*(CT:VISA-1643;   05-02-2011)*

(SBU) A special clearance from Washington, DC is mandatory in cases of name check-based hits, nationality-based requirements, or an alien's background and/or intentions while in the United States.  In any visa case a special clearance may be requested at the discretion of a consular officer. You must request a Security Advisory Opinion (SAO) in the following circumstances:

    (1)    (SBU) The Consular Lookout and Support System (CLASS) name check returns a "DPT-00" hit or an actual or quasi-hit (preceded by the letter "P") for any of the INA 212(a)(3) (8 U.S.C. 1182(a)(3)) ineligibilities, or any other Category I ineligibility or potential ineligibility relating to national security or foreign policy.  *For some "DPT-00" hits that originated at the Terrorist Screening Center (TSC) and have a TSC number as the Unique ID there are fingerprints on file in the DHS IDENT fingerprint system and in the FBI IAFIS fingerprint system.  These hits will generate indicators (Biometrics:  Photo and Fingerprints; or Biometrics: Fingerprints) in the Hit Display Window in the NIV or IVO System, which mean that the subject's fingerprints are on file in IDENT and IAFIS.  In considering a possible match of a visa applicant with a TSC record, if Fingerprints are indicated and neither the IDENT check nor the IAFIS check produced a match with a KST record, the officer may*

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

*exclude that possible match as not being a true match with the applicant. For some "DPT-00" hits that originated at the Terrorist Screening Center (TSC) and have a TSC number as the Unique ID there is a photo or photos available in the Consular Consolidated Database (CCD). These hits will generate indicators (Biometrics: Photo; or Biometrics: Photo and Fingerprints) in the Hit Display Window of the NIV or IVO System, which mean that the subject's photo is available in the CCD. In considering a possible match of a visa applicant with a TSC record, if a Photo is indicated, the consular officer may click on the link on the unique identifier (for example: UID: TSC 5050505) to view a CCD report that displays the KST photo(s) to assist in determining if there is a true match. While the photo is available to assist the consular officer when needed, CA expects officers to view the photo to determine a possible match prior to sending an SAO.*

(2)    (SBU) You know or have reasonable ground to believe that the applicant may be subject to any of the INA 212(a)(3) (8 U.S.C. 1182(a)(3)) ineligibilities, regardless of the results of the CLASS name check, based on information supplied during the application process or from other sources. This includes cases where the consular officer plans to refuse the applicant under INA 214(b) (8 U.S.C. 1184(b)), but the officer also has reason to suspect the applicant might in any way be involved in terrorist activity. This also includes cases that may be politically sensitive and should therefore be reviewed by the Department even if no ineligibility exists;

(3)    (SBU) The applicant is of a nationality and/or category (including age) subject to country-specific clearance requirements. This includes nationals subject to Presidential Proclamations under INA 212(f) (8 U.S.C. 1182(f)), which suspends the entry into the United States of specified aliens or classes of aliens whose entry would be detrimental to the interests of the United States. You can find this information on the Consular Affairs (CA) Web site at: Presidential Proclamations, and also via embedded links in the Reciprocity Schedule; or

(4)    (SBU) The applicant may fall within the scope of Presidential Proclamation 7750, which suspends entry as immigrants or nonimmigrants persons engaged in or benefiting from corruption (see Presidential Proclamation 7750).

# 9 FAM Appendix G, 501.2  How Do I Request a

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# Special Clearance? (SBU)

*(CT:VISA-1233;   06-23-2009)*

(SBU) All special clearance requests must be submitted in the form of a security advisory opinion (SAO).  Currently, you must submit an SAO through the Nonimmigrant Visas/Immigrant Visas (NIV/IV) software.  Do **not/not** attempt to contact the source agency of a security-related CLASS hit directly for information in an attempt to clear a hit and avoid sending an SAO.  Such actions could result in a Visa Lookout Accountability (VLA) violation.

# 9 FAM Appendix G, 501.3  Special Clearance Types (SBU)

*(CT:VISA-1430;   05-24-2010)*

(SBU) In general, SAO request types are as follows:

(1)   (SBU) A Visas Mantis is a request for the Department's SAO on issues related to the illegal transfer of technology and/or proliferation of sensitive technologies.  Once a Mantis SAO request is sent, you will be locked out of processing the case until the Department completes its review;

(2)   (SBU) A Visas Bear is a request for the Department's SAO for an applicant who is ineligible for an I or G visa.  Once a Bear SAO request is sent, you will be locked out of processing the case until the Department completes its review;

(3)   (SBU) A Visas Donkey is a request for the Department's SAO for applicants who are not subject to the Mantis or Bear requirements, but who have a CLASS hit that requires a request for an SAO or who otherwise might be inadmissible because of information available to you.  Once a Visas Donkey SAO request is sent, you will be locked out of processing the case until the Department completes its review;

(4)   (SBU) A Visas Merlin is a request for the Department's SAO on refugees.  A Merlin 92 is a request for the Department's SAO on following-to-join asylees (Visas 92).  Once a Merlin or Merlin 92 SAO request is sent, you will be locked out of processing the case until the Department completes its review;

(5)   (SBU) A Visas Condor is a request for a name check for aliens of certain nationalities (see 9 FAM Appendix A, 600 (classified) for details).  Once a Condor SAO request is sent, you will be locked out

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

of processing the case until the Department completes its review;

(6)    (SBU) A Visas Horse SAO is an arrival notice for diplomatic visa holders of certain nationalities, and is sent at the time of visa issuance;

(7)    (SBU) A Visas Pegasus is sent for officials of the Commonwealth of Independent States (CIS) from posts within the CIS who are the subjects of DPT-00 hits and are traveling to pre-ministerial, ministerial, pre-summit, summit, or White House meetings. Pegasus SAO requests are sent at the time of visa issuance; and

(8)    (SBU) A Visas Eagle is a travel notification and is governed by an alien's nationality.   Eagle travel notifications are sent at the time of visa issuance.

**NOTE**:  (SBU) Visas Hawks have been replaced by Integrated Automated Fingerprint Identification System (IAFIS).

# 9 FAM Appendix G, 501.4  Which Special Clearance Request Should I Send? (SBU)

*(CT:VISA-1409;   03-25-2010)*

(SBU) You should submit only one SAO per visa application.  Do **not/not** send hybrid SAOs, such as "Donkey-Mantis" or "Donkey-Condor."  If it appears that an applicant may be subject to multiple SAO categories, you should use the following guidance to determine which type of SAO to send:

(1)    (SBU) First Tier: Visas Mantis:

(SBU)  If a visa applicant appears to require a Visas Mantis SAO, you must use the Mantis SAO format.  This category receives the highest level of interagency review and essentially "trumps" the other SAO categories.  Even if an applicant has CLASS hits that would otherwise require a Visas Donkey (such as "00" hits), or if the applicant is otherwise subject to another SAO category, the Visas Mantis SAO will address such hits/requirements (see 9 FAM Appendix G, 502);

(2)    (SBU) Second Tier: Visas Donkey, Bear, Merlin/Merlin 92:

(SBU) You must submit Visas Donkey, Bear, and Merlin SAOs as required, either by virtue of CLASS hits or other special processing requirements.  The necessity to submit a Donkey or Bear SAO will "trump" a Condor, and any clearance received for a Donkey or Bear will serve to clear an underlying Condor requirement.  A Donkey or Bear requirement will not, however, trump Mantis (see 9 FAM

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

Appendix G, 503);

(3)   (SBU) Third Tier: Visas Condor:

(SBU) Condor clearances are required for a select group of aliens. If an alien that would otherwise be subject to a Condor SAO has security-related CLASS hits or is otherwise subject to a higher tier SAO, you must submit the higher tier SAO instead of the Condor.  A clearance received for either a "first or second tier" SAO will clear any "third tier" SAO requirement.  If an alien is not subject to another SAO category, but falls within the Condor criteria, you must submit the Condor, and wait for a response before processing further (see 9 FAM Appendix G, 504); and

(4)   (SBU) Fourth Tier: Visas Pegasus, Visas Horse, and Visas Eagle:

(SBU) Visas Pegasus, Visas Horse, and Visas Eagle are not really requests for a Department opinion, but are instead travel notifications.  The Horse and Pegasus requirements pertain to a very limited number of aliens from the Former Soviet Union/ Commonwealth of Independent States.  For nationals of these countries, refer to the reciprocity schedule (see 9 FAM Appendix G, 505).  The Visas Eagle requirement pertains to a very limited number of aliens from Cuba, China, Iran, Russia, and Vietnam.

# 9 FAM Appendix G, 501.5  How Do I Process Necessary Clearance Requests? (SBU)

*(CT:VISA-1444;   06-18-2010)*

a.  (SBU) You must generate clearance requests from within the NIV, IV, and Immigrant Visas/Diversity Visas (IV/DV) systems (SAO-IP).

b.  (SBU) Merlin and Merlin 92 SAO requests are unique because they do not pertain to a visa application.  If you are unable to create a Merlin/Merlin 92 SAO in either the NIV or IV system, you may use the INK system to create and transmit the SAO.

c.  (SBU) When entering data for an SAO request, "VLO positive" indicates that a CLASS hit was returned for the applicant.  "VLO negative" indicates that no CLASS hits were returned, or that you have reviewed any such hits and determined that none were applicable to the subject of the SAO. If CLASS hits require Department review (see 9 FAM Appendix G, 501.1), the request must be a Bear, Donkey, Mantis, or Merlin.  Condor requests cannot contain hits that require Department review.

**NOTE:**  (SBU) The Department cannot accept requests that indicate that

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

CLASS hits were unknown.  Requests with such an entry will be returned.

d. (SBU) You must suspend applications requiring a clearance request INA 221(g) (8 U.S.C. 1201(g)) pending the completion of the processing.

# 9 FAM Appendix G, 501.6  How Long Are Special Clearances Valid? (SBU)

*(CT:VISA-1430;   05-24-2010)*

(SBU) Special clearance validity is defined as the period of time from the date of the Department's response (as shown in the Consular Consolidated Database (CCD) record) to the ending date of the clearance validity.  During the validity period, you can issue a qualified applicant one or more visas without having to submit another SAO request.  Special clearances are valid for the following periods:

(1)    (SBU) Bear - 4 months;

(2)    (SBU) Condor - 4 months;

(3)    (SBU) Donkey - 4 months;

(4)    (SBU) Mantis - 4 months or more (see 9 FAM Appendix G, 502.5); and

(5)    (SBU) Merlin - 12 months.

# 9 FAM Appendix G, 501.7  Mantis Clearance Validities

*(CT:VISA-1444;   06-18-2010)*

a. (SBU) The following validities must be followed:

(1)    (SBU) 1 month for nationals of state sponsors of terrorism (all visa categories);

(2)    (SBU) 12 months for B-1, B-2, A, and G visas;

(3)    (SBU) 24 months for E, H, J, L, O, and P visas; and

(4)    (SBU) 48 months for F and M visas.

b. (SBU) Except nationals of China and state sponsors of terrorism (Cuba, Iran, Sudan, and Syria), applicants who have received a Mantis clearance may be issued a visa up to the maximum of the clearance validity periods listed above provided the applicant's reciprocity schedule allows it.

c. (SBU) Chinese nationals who have received a Mantis clearance may be issued 12 months multiple entry visas, provided the reciprocity schedule

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

allows this validity period.

d. (SBU) Again, these limits are permissive and the Department may request that post further limit a visa.  Post also may limit visa validity where deemed appropriate.

e. (SBU) Nationals of state sponsors of terrorism (Cuba, Iran, Sudan, and Syria) who have received a Mantis clearance may be issued visas valid for only one entry/3 months even if the reciprocity schedule allows for more.

f. (SBU) Remember these three points about Mantis clearance validities:

(1) (SBU) A No Objection clearance is valid for 120 days for visa issuance purposes.  If the visa is not issued within 120 days, or if the visa was issued but subject did not travel and is now applying to travel for a different purpose, a new Mantis SAO request must be submitted;

(2) (SBU) Once a visa is issued, the clearance is valid for 24 months or more, as described above.  Subsequent visas may be issued with postcheck Mantis SAOs during the validity of the clearance.  Please note that T4 nationals do not qualify for postcheck issuance; and

(3) (SBU) Please remember cases cleared through Mantis SAOs do not follow the normal visa reciprocity.

# 9 FAM Appendix G, 501.8  Can Security Advisory Opinion (SAO) Clearances Be Transferred or Re-used? (SBU)

*(CT:VISA-1409;   03-25-2010)*

a. (SBU) An applicant may apply for another visa within the clearance validity period or receive a visa at another post based on the response to the original SAO request under the following circumstances:

(1) (SBU) No biographic information has changed since the original submission;

(2) (SBU) The CLASS namecheck performed at the time of the new application shows no new CLASS hits not submitted in the original SAO request which require Departmental review;

(3) (SBU) There is no new information available which is relevant to the SAO request and was not included in the original SAO request; or

(4) (SBU) The date of the new visa application is within the validity period of the previous SAO response.

**SENSITIVE BUT UNCLASSIFIED (SBU)**

SENSITIVE BUT UNCLASSIFIED (SBU)

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

b. (SBU) If you wish to issue a visa based on a clearance request sent by another post, you must review the original case record from the CCD NIV Applicant Full Report.  You must carefully review the bio data, the available CLASS hits, and all the data in Namecheck Detail.  If you determine that a visa can be issued, note the original SAO's CID number and any other information relevant to the decision not to send a new SAO.  The visa must be annotated: "Clearance received on (date)," with the date of the original visa office (VO) response.

c. (SBU) If all of the conditions in paragraph a above are not met, you must submit a new SAO.  In such cases, posts must enter "FOLLOWUP SAO" in the "Additional Information (Optional)" field of the SAO request.  This text should come before all other information entered into the Additional Information (Optional) field.

# 9 FAM Appendix G, 501.9  How Long Does a Clearance Request Take?  Can it be Expedited?  What About Clearance Requests That Are More Than 1 Year Old? (SBU)

## 9 FAM Appendix G, 501.9-1  How Long Does a Clearance Request Take? (SBU)

*(CT:VISA-1444;   06-18-2010)*

a. (SBU) The Coordination Division of the Visa Office (CA/VO/L/C) makes every attempt to respond promptly to SAO requests.  Given the requirements for clearances by multiple agencies and offices, and the volume of SAOs being requested, it may take some time to receive responses.  The VO/L/C Intranet page on CA's Web site lists the current average processing times.

b. (SBU) We are committed to maintaining efficient processing of SAOs.  As always, however, our highest priority remains ensuring border security, and there will always be some cases that take much longer than the average times on CA's Web site.  CA/VO/L/C will work with posts to keep them informed as to the status of any delayed SAO responses.

c. (SBU) For non-expedited SAOs, we ask that you not contact CA/VO/L/C until the SAO is 50 percent older than the processing times listed on CA's Web site.  Once the case reaches the 50 percent older mark, you may contact the relevant CA/VO/L/C analyst to inquire as to the status, using the contact information in Who's Who in VO/L/C.  Do not, however, give CA/VO/L/C contact information to anyone outside the Department.  When

SENSITIVE BUT UNCLASSIFIED (SBU)

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

contacting CA/VO/L/C, make sure to include the applicant's passport number (in addition to the name/DOB), as that makes it easier for CA/VO/L/C to locate the case in the computer system.  Because of the sensitivity of SAOs, only an officer may contact CA/VO/L/C on specific SAO cases.  It is not appropriate for Locally Engaged Staff to do so.

d. (SBU) You must ensure that SAO requests are sent to Washington, DC as soon as possible after the interview, ideally within 24 hours, unless more time is needed to gather information relevant to the request.  Do not hold SAO requests until an arbitrary date before an applicant's scheduled departure.  Prompt transmission of SAO requests gives Washington, DC agencies the maximum amount of processing time and reduces the risk of issuance delays.

## 9 FAM Appendix G, 501.9-2  Can a Clearance Request be Expedited? (SBU)

*(CT:VISA-1409;   03-25-2010)*

a. (SBU) If you need expedited processing of an SAO, you must explain the urgency of the case and provide a tentative itinerary.  Urgent cases typically involve medical emergencies, humanitarian concerns, or other significant U.S. Government interest in the traveler's early arrival in the United States.  CA/VO/L/C gives great weight to the judgment of the consular officer at post, but also must balance the number of expedite requests at a given time.  However, if you believe the case to be urgent, clearly explain the circumstances and request that the SAO be expedited.  Before requesting an expedite, you may wish to first wait and see if the SAO clears within a week, unless the case is more urgent than that.

b. (SBU) Note that the Department's ability to expedite clearance requests is limited because of the need to coordinate clearances with other agencies.  Requests for expedited handling are to be made by submitting an SAO and immediately sending an e-mail to the appropriate analyst in CA/VO/L/C, using the contact information in Who's Who in VO/L/C.  Include in your e-mail request an explanation of the urgency of the case and the applicant's intended itinerary.  In the SAO request itself, enter "EXPEDITE REQUESTED" followed by the brief explanation in the "Additional Information (Optional)" field.  Make sure to include this text before all other information entered into the Additional Information (Optional) field.  Also, accurately complete the "Estimated Arrival Date" field of the SAO.

c. (SBU) If the case was not urgent when the SAO request was sent, but subsequently becomes urgent, simply send an e-mail to the relevant

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

analyst in CA/VO/L/C requesting an expedite and including a clear justification and the applicant's intended itinerary.  When contacting CA/VO/L/C, make sure to include the applicant's passport number.

## 9 FAM Appendix G, 501.9-3  What if the Case is More Than 1 Year Old? (SBU)

*(CT:VISA-1611;   12-28-2010)*

a. (SBU) In order to eliminate inactive and abandoned SAO cases and focus on travelers with active travel plans, the Department administratively closes all unanswered Donkey, Bear, Condor, and Mantis SAO requests that are more than 1 year old.  The SAO response informs post that post must submit a new SAO if the applicant is still interested in travelling.

b. (SBU) Because the Department closes these SAO requests in the Visa Opinion Information Service, the computer system the Department uses to process SAOs, no action is required by you to close these cases.  You do not need to contact applicants to inform them that their cases are closed.

c. (SBU) Pursuant to 9 FAM 41.121 N2.1 applicants who wish to keep their NIV applications active are not to be re-charged the machine readable visa (MRV) fee.  Pursuant to 9 FAM 42.71 N2.1-2 (5), applicants who wish to keep their IV applications active are not to be re-charged the IV processing fee.

# 9 FAM APPENDIX G, 502  FIRST TIER: "VISAS MANTIS" CLEARANCE REQUESTS (SBU)

## 9 FAM Appendix G, 502.1  General Information (SBU)

*(CT:VISA-936;   03-18-2008)*

a. (SBU) A Visas Mantis is a request for the Department's security advisory opinion (SAO) regarding the potential illegal transfer of technology.  A Mantis request trumps all other types of SAO.  When required, a single Mantis request should be submitted instead of a Donkey, Bear, Condor, etc.  Once a Mantis request is sent, you must suspend all action on the case until a reply is received.

b. (SBU) Most special clearance procedures are triggered by clear and

**SENSITIVE BUT UNCLASSIFIED (SBU)**

SENSITIVE BUT UNCLASSIFIED (SBU)

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

objective circumstances, such as the applicant's nationality, place of birth, residence, or CLASS name check results. However, the Visas Mantis clearance procedure was developed as a result of United States Government concerns that U.S.-produced goods and information are vulnerable to theft. In cases of illegal technology transfer, the Department must rely, to a great extent, on the observations and judgment of consular officers in the field. You should attempt to identify applicants (of any nationality) whose cases fall under the purview of INA 212(a)(3)(A)(i)(II) (8 U.S.C. 1182(a)(3)(A)(i)(II)) of the Immigration and Nationality Act (INA) and involve fields on the Technology Alert List (TAL). The primary program security objectives are to:

(1) (SBU) Prevent the proliferation of weapons of mass destruction and missile delivery systems;

(2) (SBU) Restrain the development of destabilizing conventional military capabilities in certain regions of the world;

(3) (SBU) Prevent the transfer of arms and sensitive dual-use items to terrorists and states that sponsor terrorism; and

(4) (SBU) Maintain United States advantages in certain militarily critical technologies.

# 9 FAM Appendix G 502.2 Cases Requiring a Mantis Clearance (SBU)

*(CT:VISA-1430;   05-24-2010)*

a. (SBU) State Sponsor of Terrorism - A Visas Mantis SAO is mandatory for all applicants bearing passports of, or employed by, states currently designated as State Sponsors of Terrorism (Cuba, Iran, Sudan, and Syria) (TAL tab C), and highly recommended for countries of proliferation concern (TAL tab D), to seek to engage in, or have engaged in, activities involving some of the critical fields (TAL). This requirement includes applicants born in, but resident outside, a State Sponsor of Terrorism or a country of proliferation concern, who are judged to owe allegiance to their country of birth.

b. (SBU) Restrictions on the export of controlled goods and technologies apply to nationals of all countries. Applicants from any country coming to engage in an activity related to one of the TAL "critical fields" may be ineligible for a visa under INA 212(a)(3)(A)(i)(II) (8 U.S.C. 1182(a)(3)(A)(i)(II)) if the proposed activity is subject to U.S. export control regulations. You should pay particular attention to visa applications from nationals of State Sponsors of Terrorism or Countries of

SENSITIVE BUT UNCLASSIFIED (SBU)

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

Proliferation Concern seeking to engage in, or having backgrounds in, a field listed on the TAL.  In determining whether an applicant merits a Visas Mantis SAO, you should be cognizant of any travel to these countries of special concern, regardless of the applicant's nationality.  Other cases requiring thorough review include:

(1)    (SBU) Applicants affiliated with entities identified in Supplement 4 to Part 744 of the Export Administration Regulations (EAR); and

(2)    (SBU) Applicants you have reason to believe are seeking to illegally transfer controlled United States equipment or technology.

c. (SBU) U.S. Government-sponsored programs - Applicants of a state sponsor of terrorism or country of proliferation concern coming to the United States at the invitation of a U.S. Government entity, including those being fully escorted, to engage in activity involving any of the sensitive technologies on the TAL.

d. (SBU) Information in the public domain (e.g., widely available to the public through posting on the Internet or other forms of public dissemination) and information presented in an academic course through the university undergraduate level is not considered controlled for U.S. export control purposes.  Similarly, software (except encryption software) that is publicly available generally is not subject to U.S. export controls.  However, "catch-all" export controls under the EAR may apply in order to prevent U.S. technology or information from contributing to proliferation programs of concern or to state or non-state sponsors of terrorism.  These "catch-all" export controls also may apply to conferences where a foreign national could have access to experts engaged in controlled activities or possessing controlled knowledge.

e. (SBU) Please bear in mind that while the TAL is a valuable tool for recognizing possible illegal technology transfer and proliferation, it is not the only mechanism for identifying such cases.  There may be times when the consular officer suspects, for whatever reason, that an applicant may be ineligible for a visa under INA 212(a)(3)(A) (8 U.S.C. 1182(a)(3)(A)) despite the absence of the applicant's profession or area of study on the TAL.  Such cases can and should be submitted as a Visas Mantis SAO.  When in doubt, send in a Visas Mantis SAO.  Consular officers may find it useful to consult with other U.S. Government personnel in determining whether the purpose of travel is connected with TAL critical fields.  Nonetheless, consular officers are the final arbiter and should not be dissuaded from transmitting a Visas Mantis SAO.

# 9 FAM Appendix G, 502.3  The Technology Alert List

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# (TAL) (SBU)

*(CT:VISA-1387;   12-17-2009)*

a. (SBU) We rely to a great extent on your observations and judgment to identify cases of illegal technology transfer that fall within the purview of INA 212(a)(3)(A)(i)(II) (8 U.S.C. 1182(a)(3)(A)(i)(II)).  The Technology Alert List (TAL) has been compiled to assist you in this difficult and vitally important task.  The TAL is in alphabetical order, and a master index of key words has been created to make it easier to use.  The **TAL must not/not** reach the public domain.  It is sensitive information.  It **must not/not** be posted on the Internet, provided to non-U.S. Government personnel, discussed with them or shown to visa applicants, briefed to the press, or otherwise reach the public domain.

b. (SBU) The TAL is generated by the Bureau of International Security and Nonproliferation (ISN) and is distributed to posts by cable and can be found in 9 FAM Appendix A, 800 (classified) on the CA Classified Intranet Web site, as well as on the CA Web site.

# 9 FAM Appendix G, 502.4  Preparing the Mantis Clearance Request:  Important Points (SBU)

*(CT:VISA-1387;   12-17-2009)*

a. (SBU) A Visas Mantis SAO request is a pre-issuance clearance procedure.  Once you submit a Visas Mantis SAO request, you will be locked out of processing the case until the Department completes its review.

b. (SBU) Submit a Visas Mantis SAO request for any application that raises concerns about possible illegal technology transfer.  You must submit a Mantis request for applicants whom you know or have reason to believe may either:

  (1)  (SBU) Personally be subject to sanctions denying them United States export privileges; or

  (2)  (SBU) Be an owner or responsible executive of a sanctioned firm.

c. (SBU) Lists of sanctioned persons or firms compiled by various agencies are available on the Mantis Web page on the CA Intranet.  One convenient access point for useful information is the Department of Commerce (DOC) Compliance and Enforcement Web site.  This Web site explains the role of the DOC in enforcing U.S. exports controls on dual-use items and provides a link to their list of Denied Parties.  The same site also contains links to the Treasury Department's Office of Foreign Assets Control (OFAC) list of Specially Designated Nationals and the State

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

Department's List of Denied Parties.  Also, you may be able to obtain useful information from both the commercial officer at post and the post Blue Lantern contact, who is responsible for military export end-use checks and maintains a close relationship with the State Department Office of Defense Trade Controls Compliance.

d. (SBU) Seek detailed information from applicants in Visas Mantis cases. SAO requests that contain vague or incomplete information will result in processing delays.  Information U.S. Government agencies need to process a Visas Mantis SAO includes:

(1) (SBU) The applicant's research or business interests;

(2) (SBU) The applicant's current employer and current position (including address, telephone number, name of supervisor);

(3) (SBU) The applicant's past employers/employment, including job description, address, telephone number, and supervisor's name;

(4) (SBU) The street address(es), Web site address(es), phone numbers of, and points of contact at, the organizations, institutes, and/or companies the applicant intends to use in the United States (applicants going to academic institutions or conferences should give the name of an academic contact, not the name of the foreign student advisor);

(5) (SBU) The specifics of the applicant's advanced (postgraduate, doctoral, post-doctoral, or scholarly) academic, business, research, or study interests in the United States;

(6) (SBU) Funding source of the applicant's travel, research, or education;

(7) (SBU) Export license number (or, if pending, an export license application number) covering the activity in the United States (if relevant and available);

(8) (SBU) Possible access to U.S. military of other sensitive U.S. Government projects, research, or technology;

(9) (SBU) Information regarding whether the applicant intends to return to work in a country that sponsors terrorism or is of proliferation concern;

(10) (SBU) The applicant's connection to an entity that is under U.S. sanctions (if relevant); and

(11) (SBU) How and where the applicant plans to use the goods or knowledge acquired.

e. (SBU) You should require applicants subject to the Visas Mantis SAO

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

process to provide supporting documentation to include, for example:

(1)  (SBU) Complete résumé (and, if accompanying the applicant, the spouse's résumé);

(2)  (SBU) Complete list of publications of the applicant (and, if accompanying the applicant, the spouse's publications);

(3)  (SBU) List of references in the applicant's country of birth or residence;

(4)  (SBU) Detailed descriptions of the applicant's proposed research or work in the United States;

(5)  (SBU) Letters of invitation from the United States sponsor;

(6)  (SBU) Letters of recommendation from a United States source or from abroad;

(7)  (SBU) Letters of support from the financial sponsor; and

(8)  (SBU) Detailed itinerary for B1/B2 applicants.

f.  (SBU) Information enumerated above helps Washington, DC reviewers obtain a clearer sense of an applicant's motives for travel.  Supporting documents should be clearly and fully summarized in the Visas Mantis SAO request and scanned into the Consolidated Consular Database (CCD) and attached electronically to the visa application.  Posts do not need to scan an applicant's academic publications if a publications list is provided. If the publications are scanned, scan only the first page of each article. Posts must note the documents scanned into the CCD in the Visas Mantis SAO request.

g.  (SBU) If an applicant subject to Mantis clearance also has CLASS hits, you must send the SAO request as a VISAS MANTIS and include the hit information in the proper section of the template.

h.  (SBU) In general it is not necessary to annotate visas cleared through Mantis.  However, the Department may request on a case-by-case basis that visas be annotated with specific details which will be provided in the SAO response.

i.  (SBU) In all cases in which one or more visas are issued during the clearance validity period, you must annotate the NIV record so that the CCD reflects the date of clearance with the comment:  "clearance received" plus the date of the authorization.  If an applicant applies for a visa within the clearance validity period at a different post from the original application, verification of the original authorization can be found in the CCD.

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# 9 FAM Appendix G, 502.5  Visa Validity Periods (SBU)

*(CT:VISA-1643;   05-02-2011)*

*(SBU)* The following validity periods apply to visas issued to applicants who have been cleared through the Mantis process, unless the reciprocity schedule only permits a shorter period.  In all cases, visas for Mantis-cleared applicants must be issued the shorter validity period.

   (1)   (SBU) Nationals of State Sponsors of Terrorism (**Cuba**, **Iran**, **Sudan**, **Syria**):

- (SBU) Visa for one-entry/3 months even if the reciprocity schedule allows for more

   (2)   (SBU) Nationals of China:

- (SBU) Visa for multiple entry/12 months (if allowed by reciprocity schedule)

   (3)   (SBU) All other nationals, including Russia:

- (SBU) 48 months for F and J visas, provided the purpose of travel and access to technology has not changed
- (SBU) 24 months for B, H, J, L, O, and P visas, provided the purpose of travel and access to technology has not changed
- (SBU) 12 months for B-1/B-2, A, and G visas, provided the purpose of travel and access to technology has not changed

# 9 FAM Appendix G, 502.6  Visa Validity Periods not Mandatory (SBU)

*(CT:VISA-1444;   06-18-2010)*

*(SBU)* The validity periods are permissive but not mandatory.  Applicants who have received a Mantis clearance may be issued a visa up to the maximum of the new clearance validity periods listed above provided the applicant's reciprocity schedule allows it.  For example, an F-1 applicant whose reciprocity schedule allows only a maximum of 6 months for an F-1 visa can be issued an F-1 visa valid only up to 6 months.  A F-1 applicant whose reciprocity schedule allows 60 months for F-1 visas, may be issued an F-1 visa only up to the maximum of 48 months or the length of the proposed program of study, whichever is shorter.  Furthermore, the Department may request that post limit a visa.  If appropriate, you may also limit the visa validity.

ARCHIVE COPY

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# 9 FAM Appendix G, 502.7  Postcheck Mantis (SBU)

*(CT:VISA-1387;   12-17-2009)*

a. (SBU) If an alien previously cleared through the Mantis procedure applies for another visa within the clearance validity period, a "Postcheck Mantis" SAO can be submitted in lieu of another regular Mantis.  To do this, choose the "Postcheck Mantis" template in the SAO window in NIV.  A "Postcheck Mantis" must contain all of the required information normally included in a regular Mantis SAO.

b. (SBU) An applicant qualifies for a Postcheck Mantis SAO if and only if all of the following three conditions are met:

   (1)   (SBU) The original Mantis clearance is still valid (to calculate, use the date of the original clearance message, not the date of visa issuance);

   (2)   (SBU) The original visa was issued within 90 days of clearance receipt (regardless of whether the applicant traveled on that visa); and

   (3)   (SBU) The current purpose of travel is the same as that for which the original clearance was received.

c. (SBU) If you determine that the applicant needs to have further Mantis screening, for example, having changed programs in the United States, then you should submit a new Mantis SAO as the previous clearance validity period will no longer be in effect.

# 9 FAM APPENDIX G, 503  SECOND TIER: SECURITY ADVISORY OPINIONS (SAO): VISAS DONKEY, VISAS BEAR, AND VISAS MERLIN (SBU)

# 9 FAM Appendix G, 503.1  What Is a Visas Donkey? (SBU)

*(CT:VISA-1233;   06-23-2009)*

a. (SBU) A Visas Donkey is a request for the Department's SAO on a visa application.  You must submit a Visas Donkey for certain categories of applicants (see 9 FAM Appendix G, 503.2).  There is no alternative to submitting an SAO request when one is required.  You **should not/not**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

attempt to contact the source agency of a security-related CLASS hit directly for information in an attempt to clear a hit and avoid sending an SAO.  Such actions could result in a Visa Lookout Accountability (VLA) violation.  You must submit Visas Donkey SAO requests via SAO-IP.  You must conduct a check of the applicant's name through CLASS prior to requesting a security advisory opinion (SAO), and it is imperative that you include the results of the CLASS check in the SAO.  (See 9 FAM Appendix G, 501.1 for guidance on what to send from the CLASS check.)  Washington, DC agency name checks are conducted on every case submitted for a security advisory opinion, but CLASS is not checked again by Washington, DC agencies or CA/VO/L/C.

b. (SBU) Once an SAO request is submitted, you will be blocked out of processing the case until the Department completes its review.  When the Department renders an opinion making an alien excludable under a security ground of ineligibility (INA 212(a)(3)) (8 U.S.C. 1182(a)(3)), that opinion remains in effect unless the Department reverses it.  If you believe that action contrary to the Department's SAO should be taken, you must resubmit the case to the Department with an explanation of the proposed action (see 22 CFR 41.121(d)).  "Rulings of the Department concerning an interpretation of law, as distinguished from an application of the law to the facts, shall be binding upon consular officers."

# 9 FAM Appendix G, 503.2  Which Cases Require a Visas Donkey? (SBU)

*(CT:VISA-1149;   02-10-2009)*

(SBU) The Department requires a Visas Donkey in the case of any applicant, 16 years of age or older, who is described in one of the categories listed below (for applicants under the age of 16, you may use your discretion, taking into account the applicant's age, and the date the hit was entered into CLASS):

(1) (SBU) Individual Cases Identified by the Department:  Visas Donkey SAOs must be submitted for the following individuals:

(a) (SBU) An applicant with a security-related CLASS hit except when the "VISAS PEGASUS" name check procedure applies.  Such hits include: 212(f), 306, 3A1, 3A3, 3B, 3C, 3D, 3E1, 3E2, 3E3, 3F, VGTO, T89, 00, or any of these hits preceded by the quasi "P" indicator;

(b) (SBU) An applicant on whom the post received an unfavorable SAO previously rendered by the Department which has not been reversed; or

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

(c)    (SBU) An applicant who is the subject of a general or specific instruction from the Department requiring a SAO;

(2)    (SBU) Nationals of Certain Countries:  A Visas Donkey is required for all nationals, or specified categories of nationals, of designated countries which are not recognized by the United States, with which the United States has no diplomatic relations, or on which the Department has imposed an SAO requirement for political, security, or foreign policy reasons.  Cases are subject to this requirement only when indicated in the "Special Clearance and Issuance Procedures" of the Reciprocity Schedules for the applicant's country of nationality; or

(3)    (SBU) Third-country nationals working for the Government of Iraq or Government of Libya.  You should refer to the Special Clearance and Issuance Procedures for Libya or Iraq for SAO requirements on these third-country nationals.

# 9 FAM Appendix G, 503.3  Which Other Cases must a Consular Officer Submit as a Visas Donkey? (SBU)

*(CT:VISA-1643;   05-02-2011)*

(SBU) You must submit a Visas Donkey request for an SAO for any applicant who you know, or have reason to believe, is ineligible, or who was previously found ineligible, for a visa under one of the following security grounds:

(1)    (SBU) All applicants possibly subject to INA 212(a)(3)(A) (8 U.S.C. 1182(a)(3)(A)) for activities related to espionage, sabotage, the prohibited export of sensitive technology, other illegal activities, or efforts to overthrow the U.S. Government (see 9 FAM 40.31 Notes);

(2)    (SBU) All applicants who are or who may possibly be subject to INA 212(a)(3)(B) (8 U.S.C. 1182(a)(3)(B)) for engaging in or planning to engage in terrorist activities.  Aliens who are officers, officials, representatives, or spokesmen of the Palestine Liberation Organization (PLO) are deemed to be engaged in terrorist activity (see 9 FAM 40.32 Notes);

NOTE:  (SBU) You should use the "VISAS VIPER" procedure to report to the Department any alien, *excluding legal permanent residents,* who is not a visa applicant, but whose activities may fall within the purview of INA 212(a)(3)(B) (8 U.S.C. 1182(a)(3)(B)) (see 9 FAM 40.37 Notes);

(3)    (SBU) All applicants possibly ineligible under INA 212(a)(3)(C) (8 U.S.C. 1182(a)(3)(C)) for foreign policy reasons (see 9 FAM 40.33

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

Notes);

(4) (SBU) All applicants possibly excludable under INA 212(a)(3)(E) (8 U.S.C. 1182(a)(3)(E)) for having engaged in Nazi persecution, genocide, torture, or extra-judicial killings (see 9 FAM 40.35(a) Notes and 9 FAM 40.35(b) Notes);

(5) (SBU) All applicants possibly excludable under INA 212(a)(3)(F) (8 U.S.C. 1182(a)(3)(F)) for association with terrorist organizations; or

(6) (SBU) Any applicant about whom the consular officer has security-related concerns, even if he or she doesn't fall within one of the above categories.  This includes cases where the consular officer plans to refuse the applicant under INA 214(b), (8 U.S.C. 1184(b)) but the officer also has reason to suspect the applicant might in any way be involved in terrorist behavior or activity.  Please note in the comments section of the SAO the reasons for your concern.

# 9 FAM Appendix G, 503.4  What IS a VISAS BEAR? (SBU)

*(CT:VISA-1409;   03-25-2010)*

a. (SBU) A Visas Bear is a security advisory opinion (SAO) request on an applicant, 16 years of age or older, who is coming for official purposes ("A", "C-3", and "G" nonimmigrants); not an official coming for personal reasons; and who is described in one of the categories listed below (for applicants under the age of 16, you may use your discretion, taking into account the applicant's age, and the date the hit was entered into CLASS):

(1) (SBU) Individual Cases Identified by the Department:  Visas Bear SAOs must be submitted for the following individuals:

(a) (SBU) An applicant with a security-related CLASS hit such as: 212(f), 306, 3A1, 3A3, 3B, 3C, 3D, 3E1, 3E2, 3E3, 3F, VGTO, T89, 00, or any of these hits preceded by the quasi "P" indicator;

(b) (SBU) An applicant on whom the post received an unfavorable SAO previously rendered by the Department which has not been reversed; or

(c) (SBU) An applicant who is the subject of a general or specific instruction from the Department requiring a SAO;

(2) (SBU) Nationals of Certain Countries:  A Visas Bear is required for

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

all nationals, or specified categories of nationals, of designated countries which are not recognized by the United States, with which the United States has no diplomatic relations, or on which the Department has imposed an SAO requirement for political, security, or foreign policy reasons.  Cases are subject to this requirement only when indicated in the "Special Clearance and Issuance Procedures" of the Reciprocity Schedules for the applicant's country of nationality; or

(3)    (SBU) Third-country nationals working for the Government of Iraq or Government of Libya.  You should refer to the Special Clearance and Issuance Procedures for Libya or Iraq for SAO requirements on these third-country nationals.  Once a "VISAS BEAR" SAO has been requested, you will be locked out of processing the case until the Department completes its review.

b.   (SBU) The SAO request must contain a complete citation of any relevant CLASS entry as well as any derogatory information available to you.  You must also provide a complete itinerary, including port of entry (POE), date of arrival, flight or other travel data, and information on any planned travel while in the United States.

c.   (SBU) "A", "C-3", and "G" visa recipients from certain countries are subject to POE restrictions.  When applicable, such restrictions are noted in the "Special Clearance and Issuance Procedures" for the applicant's country of nationality.

d.   (SBU) Visas Bear SAOs are generally prioritized among clearing agencies, but receive the same level of review as Donkeys.  Aliens applying for A, C-3, or G visas that have CLASS hits or circumstances that would normally require a Visas Donkey may be submitted instead of a Visas Bear SAO so that the case will be prioritized.

# 9 FAM Appendix G, 503.5  What Is a VISAS MERLIN/MERLIN 92? (SBU)

*(CT:VISA-1649;   05-02-2011)*

a.   (SBU)  Visas Merlin is a security advisory opinion (SAO) request for refugees.  A Merlin 92 is a security advisory opinion (SAO) request for following-to-join asylees.  Once a Merlin or Merlin 92 request is sent, you will be locked out of processing the case until the Department completes its review.

b.   (SBU) SAOs must be sent for applicants 16 years of age or older, who can be described in one of the categories listed below (for applicants under

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

the age of 16, you may use your discretion, taking into account the applicant's age and the date the hit was entered into CLASS):

(1)    (SBU) Individual Cases Identified by the Department:  Visas Merlin/Merlin 92 SAOs must be submitted for the following individuals:

    (a)    (SBU) An applicant with a security-related CLASS hit such as: 212(f), 306, 3A1, 3A3, 3B, 3C, 3D, 3E1, 3E2, 3E3, 3F, VGTO, T89, 00, or any of these hits preceded by the quasi "P" indicator;

    (b)    (SBU) An applicant on whom the post received an unfavorable SAO previously rendered by the Department which has not been reversed; or

    (c)    (SBU) An applicant who is the subject of a general or specific instruction from the Department requiring a SAO;

(2)    (SBU) Nationals of Certain Countries:  A Visas Merlin/Merlin 92 is required for all nationals, or specified categories of nationals, of designated countries which are not recognized by the United States, with which the United States has no diplomatic relations, or on which the Department has imposed an SAO requirement for political, security, or foreign policy reasons.  Cases are subject to this requirement only when indicated in the "Special Clearance and Issuance Procedures" of the Reciprocity Schedules for the applicant's country of nationality or as listed in 9 FAM Appendix A, *800* (classified); or

(3)    (SBU) Third-country nationals working for the Government of Iraq or Government of Libya.  You should refer to the Special Clearance and Issuance Procedures for Libya or Iraq for SAO requirements on these third-country nationals.

**NOTE:**    (SBU) Visas Merlin 92s should be processed the same as Donkey IV cases, except that they are used for follow-to-join asylees.

**NOTE:**    (SBU) Unlike Donkeys, Bears, and Condors, Visas Merlins are subject to additional SAO requirements regardless of the CLASS namecheck response.  A detailed description is contained in 9 FAM Appendix A, 700 (classified).  This document can be accessed from the CA classified Intranet site.

# 9 FAM APPENDIX G, 504  THIRD TIER: "VISAS CONDOR" (SBU)

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# 9 FAM Appendix G, 504.1  What Is a Visas Condor? (SBU)

*(CT:VISA-1430;  05-24-2010)*

(SBU) A Visas Condor is an SAO request for nationals of certain countries who meet the criteria (see 9 FAM Appendix A, 600) (classified).  You must submit Visas Condor SAO requests for all applicants who meet these criteria, unless the applicant is already subject to a Donkey, Bear, or Mantis SAO requirement.  Once a Visas Condor request is submitted, you will be locked out of processing the case until the Department completes its review.

# 9 FAM Appendix G, 504.2  Which Cases Require a Visas Condor Security Advisory Opinion (SAO)? (SBU)

*(CT:VISA-1233;  06-13-2009)*

a. (SBU) Visas Condor SAO requests apply only to NIV applicants.

b. (SBU) Certain NIV applicants are subject to additional SAO requirements. Detailed descriptions of the applicants and the requirements are contained in 9 FAM Appendix A, 600 (classified).  If an applicant is subject to the Condor requirement and is also subject to a Donkey, Bear, or Mantis SAO, then you must submit a Visas Donkey, Bear, or Mantis in lieu of a Visas Condor.

c. (SBU) In addition to the requirements in 9 FAM Appendix A, 600 (classified), a Visas Condor clearance is also required for any NIV applicant (both men and women, excluding A and G visa applicants, who may be subject to a Visas Bear clearance) who:

    (1)   (SBU) Is not already subject to a higher tier special clearance requirement;

    (2)   (SBU) Is 16 years of age or older (no upper age limit); and

    (3)   (SBU) Is from one of these state sponsors of terrorism:

        (a)   (SBU) Cuba;

        (b)   (SBU) Iran;

        (c)   (SBU) Sudan; and

        (d)   (SBU) Syria.

d. (SBU) A person is "from" a state sponsor of terrorism generally only if the person is a national of that country.  If a person is a national of both a

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

state sponsor country and a nonstate sponsor country, the person should not be treated as "from" the state sponsor if you determine that the state sponsor nationality is only nominal. Nominal nationality is a determination which must be made on the totality of the facts. It would normally be someone who does not exercise any of the rights of nationality and whose behavior demonstrates that he or she does not in fact have the allegiance or loyalty to the state sponsor country normally associated with nationality. Evidence of allegiance would normally include the possession of a passport of the state-sponsor country; such an applicant should normally be treated as "from" a state sponsor country. On the other hand, a dual national applicant who resides in the nonstate sponsor country of nationality and who has severed all significant ties to the state sponsor country can generally be considered not "from" the state sponsor country. Travel to the state sponsor country is another important indicator of continuing active exercise of nationality. For example, a dual national applicant who returns to the state sponsor country yearly likely still has significant ties to the country. An adult applicant who left as a child and has not returned may not have significant ties to the country. Absent other strong facts supporting a contrary conclusion, we would expect the dual national applicant who returns annually to be treated as "from" the state sponsor country, but the applicant who left as a child not to be so treated. The consular officer must interview the applicant in order to make this determination.

e. (SBU) Any NIV applicant subject to Condor requirements must complete Form DS-157, Supplemental Nonimmigrant Visa Application, and appear in person for an interview (with very limited exceptions). If this process raises any suspicion that the applicant might, in any way, be involved in suspected terrorist behavior or activity, you must hold the case in abeyance under Section 221(g) and submit an SAO request via Visas Donkey (see 9 FAM Appendix G, 503), providing all the facts in the case for the Department's review. Only if the applicant appears to be otherwise eligible for visa issuance (i.e., will not be refused under INA 214(b) (8 U.S.C. 1184(b)) or an INA 212(a) (8 U.S.C. 1182(a)) category) should you submit a Visas Condor request.

# 9 FAM Appendix G, 504.3  Processing Visas Condor Security Advisory Opinions (SAOs) (SBU)

*(CT:VISA-1611;  12-28-2010)*

(SBU) For the time being, Visas Condor must be submitted in SAO-IP. In order to maintain the unclassified format, you must refer to the processing instructions (see 9 FAM Appendix A, 600 (Classified)). The Department is

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

working with interagency partners to eliminate any actions by post regarding Condors.

# 9 FAM APPENDIX G, 505  FOURTH TIER: "VISAS HORSE", "VISAS PEGASUS", AND "VISAS EAGLE" (SBU)

## 9 FAM Appendix G, 505.1  General Guidance (SBU)

*(CT:VISA-1137;  12-29-2008)*

(SBU) Visas Pegasus, Visas Horse, and Visas Eagle are not really requests for a Department opinion, but are instead travel notifications. The Horse and Pegasus requirement pertain to a very limited number of aliens from the Former Soviet Union/Commonwealth of Independent States. The Eagle requirement pertains to a very limited number of aliens from Cuba, China, Iran, Russia, and Vietnam.  For nationals of these countries, refer to their respective reciprocity schedules.

## 9 FAM Appendix G, 505.2  "Visas Horse" (SBU)

*(CT:VISA-1233;  06-23-2009)*

a. (SBU) You must submit a "VISAS HORSE" arrival notice immediately following the issuance of an "A," "C-3," or "G" visa to any applicant from certain countries as specified in the appropriate "Special Clearance and Issuance Procedures" section or the applicant's country of nationality (see paragraph c).  If an applicant meets the VISAS HORSE requirements, but also meets the VISAS BEAR requirements, you must submit a VISAS BEAR AO request.

b. (SBU) Report any derogatory information available.  You must also provide a complete itinerary, including port of entry (POE), date of arrival, flight or other travel data, and information on any planned travel while in the United States.

c. (SBU) A Visas Horse request must be submitted immediately following the issuance of an A, C-3, or G visa.  VISAS HORSE requests are required for the following aliens:

    (1)    China;

    (2)    Laos; and

    (3)    Vietnam.

**SENSITIVE BUT UNCLASSIFIED (SBU)**

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# 9 FAM Appendix G, 505.3  "Visas Pegasus" (SBU)

*(CT:VISA-1233;   06-23-2009)*

a. (SBU) Consular officers at posts in the countries of the Commonwealth of Independent States (CIS) may issue single-entry "A-1" or "A-2" visas on a post-check basis to nationals of CIS countries who are in CLASS as "DPT-00" entries (provided the UID or the Refusal Comments fields of the 00 hit do not contain the words "TSC," "TIDE," or "NONE") and who are coming to the United States to attend pre-ministerial, ministerial, pre-summit, summit, or White House meetings, upon sending a Visas Pegasus.  Only consular officers in CIS countries may submit a PEGASUS, and this is the only instance in which aliens who are "DPT-00" CLASS entries may be issued visas without the Department's prior SAO.  All officers in non-CIS posts must submit "VISAS BEAR" SAO requests for the applicants described above.

b. (SBU) A Visas Pegasus SAO must be transmitted immediately following the issuance of a visa under these conditions.  The Pegasus must include the official's name (including aliases and/or alternate spellings), nationality, date and place of birth, title or position, type of passport, visa classification, purpose of visit, length of stay, and complete itinerary.  You must also provide a full citation of the "DPT-00" CLASS entry, including any "free field" notation.

c. (SBU) CIS countries are: Azerbaijan, Armenia, Belarus, Georgia, Kazakhstan, Kyrgyzstan, Moldova, Russia, Tajikistan, Turkmenistan, Uzbekistan, and Ukraine.

# 9 FAM Appendix G, 505.4  "Visas Eagle" (SBU)

*(CT:VISA-1444;   06-18-2010)*

(SBU) A Visas Eagle travel notification must be submitted immediately following the issuance of a visa to a very limited number of aliens from Cuba, China, Iran, Russia, and Vietnam:

(1) (SBU) China:  Visas Eagle travel notifications must be submitted for nonimmigrant visa (NIV) applicants and immigrant visa (IV) applicants;

(2) (SBU) Cuba:  Visas Eagle travel notifications must be submitted for all Cuban applicants, ages 16-80 who are applying for immigrant visas (IV) and who are not subject to the Visas Donkey requirement.  The Department must be an addressee for all Visas Eagle requests.  In addition, employees or officers of the Government of Cuba or the Communist party of Cuba who do

**SENSITIVE BUT UNCLASSIFIED (SBU)**

SENSITIVE BUT UNCLASSIFIED (SBU)

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

require security advisory opinions (SAO) are subject to a Visas Eagle procedure.  SAO requirements for Cuba are complicated; consular officers and staff should consult the Cuba reciprocity requirements;

(3)  (SBU) Iran:  Visas Eagle travel notifications must be submitted for Iranian immigrant visa (IV) applicants who meet the following conditions, unless they fall under any of the conditions for Visas Donkey or Mantis as described above:

    (a)  (SBU) Any male between the ages of 18 and 59 residing in Iran; or

    (b)  (SBU) Any immigrant visa (IV) applicant who has lived in the United States for 6 months or more;

(4)  (SBU) Russia:  Visas Eagle travel notifications must be submitted for K nonimmigrant visa (NIV) applicants, immigrant visa (IV) applicants, and applicants for refugee status who are ages 18-65.  Both the Department and National Visa Center (NVC) Portsmouth must be included as action addressees on the Visas Eagle; and

(5)  (SBU) Vietnam:  Visas Eagle travel notifications are required for:

    (a)  (SBU) Former members of the military above the rank of major general (all members of the ARVN, army of South Vietnam excluded);

    (b)  (SBU) Former members of the central government above the equivalent of an office director (all members of the RVN, former government of South Vietnam, excluded);

    (c)  (SBU) Current members of the military and the central government of the ranks outlined above, who are not covered by a Visas Horse or Visas Bear cable, or when traveling privately; and

NOTE:  (SBU) Eagle notifications are not required for local or provincial officials unless such officials also play a significant role in the central government or in national party politics.  The determination as to which politicians meet this criterion is left to posts.

# 9 FAM APPENDIX G, 506  PROCESSING DRUG ENFORCEMENT ADMINISTRATION (DEA) HITS (SBU)

*(CT:VISA-1233;   06-23-2009)*

SENSITIVE BUT UNCLASSIFIED (SBU)

**SENSITIVE BUT UNCLASSIFIED (SBU)**

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

a. (SBU) We have converted all Drug Enforcement Administration (DEA) hits from refusal code "00" to quasi-refusal code P2C1.  Additionally, DEA has uploaded case details pertaining to all DEA's Consular Lookout and Support System (CLASS) records contained in the Narcotics and Dangerous Drug Information System (NADDIS) into the long comments field in CLASS.  This update to the CLASS system provides all of the detailed data that we previously provided in response to security advisory opinion (SAO) and advisory opinion (AO) requests pertaining to CLASS records with DEA hits.

b. (SBU) The submission of SAOs and AOs with DEA hits is unnecessary, as you can now read the long comments in CLASS.  Please process any DEA hits that would have otherwise been submitted in an SAO/AO on their own by reviewing the long comments field in the CLASS hits and proceeding as appropriate.  If you need further information on a hit (such as a picture) please contact the closest DEA representative or Legal Attaché (Legat) directly.  As with any ineligibility, if you have factual information and are unsure how to apply it to the ineligibility, contact Advisory Opinions Division (CA/VO/L/A) via e-mail or an AO.

c. (SBU) You can find the Drug Enforcement Administration's Foreign Field Divisions at DEA overseas offices.  You can find the Federal Bureau of Investigation's Legal Attaché offices at Legal Attaché (Legat).

# 9 FAM APPENDIX G, 507  PROCESSING INTERPOL HITS (SBU)

*(CT:VISA-1409;   03-25-2010)*

(SBU) InterPol lookouts in CLASS that were received from Treasury Enforcement Communications System (TECS) have been converted from refusal code "00" to quasi-refusal code "P2A1."  Applicants who are close hits to an Interpol record do not have to go through the SAO process but should be processed as an AO if the only hit associated with the applicant is a P2A1 hit.  If there are any other applicable hits associated with the applicant in addition to the P2A1, then an SAO is required.

# 9 FAM APPENDIX G, 508  REQUEST TO DELETE "DPT-00" CLASS ENTRY (SBU)

*(CT:VISA-1409;   03-25-2010)*

(SBU) See 9 FAM Appendix D, 203.

**SENSITIVE BUT UNCLASSIFIED (SBU)**

SENSITIVE BUT UNCLASSIFIED (SBU)

(Deliberative process; law enforcement information)

U.S. Department of State Foreign Affairs Manual Volume 9—Visas

# 9 FAM APPENDIX G, 509  ENTER A QUASI-REFUSAL IN CERTAIN CASES (SBU)

*(CT:VISA-1444;  06-18-2010)*

a. (SBU) If you submit an SAO request as a discretionary matter or because of the reason in 9 FAM Appendix G, 501.1(2), you must also concurrently make the appropriate quasi-refusal (for example, P3B or P3A1) in CLASS with the text "Security Advisory Opinion request pending" in the long comment field.  The purpose of the quasi-refusal is to immediately alert other consular officers as well as the Department of Homeland Security that an SAO is pending where the reason for the SAO is not obvious.

b. (SBU) When you receive the response to the SAO request and have adjudicated the case accordingly, submit a CLOK request to remove the quasi-refusal from CLASS.  Include the following language in the CLOK request if you are going to issue the visa:  "The [insert appropriate quasi-refusal code] record was entered per 9 FAM Appendix G, 509, the SAO response from the Department was received, and post will issue the visa as soon as the Department removes the [insert appropriate quasi-refusal code] entry."  Include the following language in the CLOK request in a refusal:  "The [insert appropriate quasi-refusal code] record was entered per 9 FAM Appendix G, 509, the SAO response from the Department was received, and post has entered INA 212(a) (8 U.S.C. 1182(a)) refusal into CLASS."

c. (SBU) Note that for urgent cases, post may request an expedited SAO (see 9 FAM Appendix G, 501.9-2) and, if appropriate, an expedited CLOK action.  To expedite the CLOK action, send an e-mail to the CLOK-VO-I collective in the Global Address List.  The subject line of the e-mail must say:  "Expedite CLOK Deletion - Record Entered per 9 FAM Appendix G, 509."  Include the following information in the email to facilitate identification of the CLOK Deletion request:  Applicant's Surname and Given Name (as entered in the visa case), DOB, POB, the CLASS record Unique ID (UID) number and quasi-refusal code, and the date on which the CLOK Deletion request was submitted.

SENSITIVE BUT UNCLASSIFIED (SBU)