## 9 FAM Appendix D, 202.1  (U) Name-Checking

*(CT:VISA-1971;  02-28-2013)*

a. **(SBU)** Posts send visa namechecks to CLASS via the NIV, IVO, and Independent Namecheck (INK) systems, which transmit the visa query containing the applicant's surname and given name, any alias names, date of birth, place of birth, gender, passport number (NIV also sends passport book number), nationality, and the national identity (NID) number and telecode (if applicable) to the Department's namecheck servers.  CLASS will respond with a message indicating no record (NR), or a list of returns with names, relevant passport numbers, or NIDs in the database matching the query data, or an error message indicating a problem requiring retransmission of the data.  A list of CLASS namecheck error codes is included in 9 FAM, Appendix D, Exhibit IV.  Detailed guidance on data entry for namechecking, including guidance for specific cultures, is provided in 9 FAM Appendix F, 500, Guides on Proper Names and Name Citing.  General guidance on applicants' names to be entered on visa applications and in NIV and IVO is provided in 9 FAM 41.103 N7.1 and 9 FAM 42.73 PN2.2.